■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL P. JOHNSON, Appellant. [39 NYS3d 755]—

Judgments, Supreme Court, New York County (Charles H. Solomon, J.), rendered February 26, 2013, convicting defendant, upon his pleas of guilty, of attempted criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, and sentencing him to an aggregate term of eight months, unanimously affirmed.

Defendant made a valid waiver of his right to appeal, which forecloses review of his suppression claim (*see People v Sanders*, 25 NY3d 337, 341 [2015]; *People v Lopez*, 6 NY3d 248, 255-257 [2006]). By way of its oral colloquy, supplemented by a written waiver, the court adequately described the rights defendant was waiving, and clearly apprised him that he was giving up the right to challenge the denial of his suppression motion. As an alternative holding, we find that the search warrant at issue on the motion was based on probable cause (*see generally People v Bigelow*, 66 NY2d 417, 423 [1985]). Concur—Tom, J.P., Mazzarelli, Richter, Manzanet-Daniels and Webber, JJ.